Fill in this information to identify the case:

Debtor name __Bentoli, Inc.__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (if known): __23-10827__

☑ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ *Amended Schedule* __A/B__

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/14/2023__
MM/ DD/ YYYY

X __/s/ John Robinson__
Signature of individual signing on behalf of debtor

__John Robinson__
Printed name

__CEO__
Position or relationship to debtor

Official Form B202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor Name **Bentoli, Inc.**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): **23-10827**

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Seacoast National Bank | Checking account | 1 7 7 9 | $211.95 |
   | 3.2. | Independent Bank | Checking account | 9 9 6 5 | $156,932.39 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____

   4.2. _____

5. **Total of Part 1**                                                                                                                              **$157,144.34**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. **116 Hoxie LLC**                                                                                                                              **$9,147.00**

Debtor **Bentoli, Inc.**  Case number *(if known)* **23-10827**
 Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 **OSPREY Biotech** — $1,882.91

   8.2 **Harney Partners (retainer funds as of September 29, 2023)** — $9,550.00

   8.3 **BDFTE, LLP (retainer funds as of September 29, 2023)** — $5,640.00

   8.4 **Smeberg Law Firm, PLLC (retainer funds as of September 29, 2023)** — $8,690.00

9. **Total of Part 2** — $34,909.91

   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    - ☐ No. Go to Part 4.
    - ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: $540,004.77 (face amount) − $35,507.34 (doubtful or uncollectible accounts) = → $504,497.43

    11b. Over 90 days old: $340,340.41 (face amount) − $340,340.41 (doubtful or uncollectible accounts) = → $0.00

12. **Total of Part 3** — $504,497.43

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**
    - ☑ No. Go to Part 5.
    - ☐ Yes. Fill in the information below.

    **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____

    14.2 _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:  % of ownership:

    15.1 _____

    15.2 _____

| Debtor | **Bentoli, Inc.** | Case number *(if known)* **23-10827** |
|---|---|---|
| | Name | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____  _____  _____

    16.2 _____  _____  _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.  _____

---

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Input ingredients and packaging | 06/30/2023 MM / DD / YYYY | $77,740.00 | Landed Cost Basis | $77,740.00 |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| Livestock feed and supplements available for sale to customers | 06/30/2023 MM / DD / YYYY | $75,430.00 | Raw Material, Freight, Labor | $75,430.00 |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | | | |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.  $153,170.00

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor **Bentoli, Inc.**      Case number *(if known)* **23-10827**
     Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment** (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    - ☑ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☑ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☑ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    - ☐ No. Go to Part 8.
    - ☑ Yes. Fill in the information below.

---

Debtor **Bentoli, Inc.**        Case number *(if known)* **23-10827**
     Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | 6 desks and chairs, 10 filing cabinets, 2 printers, 1 water dispenser, 3 desktop computers, 3 laptop computers, 1 reception sofa and chair, 1 coffee room table, 5 chairs | unknown | | $2,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Lab equipment | unknown | Cost | $13,792.00 |
| | Warehouse equipment | unknown | Cost | $7,090.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$22,882.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2016 Volkswagen Golf** | $3,500.00 | Kelly Blue Book | $3,500.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Official Form 206A/B      **Schedule A/B: Assets — Real and Personal Property**      page **5**

Debtor __**Bentoli, Inc.**_____ Case number *(if known)* __**23-10827**_____
       Name

48.1 _____

48.2 _____

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____

51. **Total of Part 8**                                                                                       **$3,500.00**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Commercial lease at 116 Hoxie Street** / **116 Hoxie St Coupland, TX 78615-5035** | **Lease** | **unknown** | | **unknown** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

Debtor __**Bentoli, Inc.**_____ Case number *(if known)* __23-10827_____
       Name

---

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☐ No. Go to Part 11.
    - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| See list of registered trademarks | unknown | | unknown |
| **61. Internet domain names and websites** | | | |
| bentoli.com | unknown | | unknown |
| **62. Licenses, franchises, and royalties** | | | |
| License agreements with Thailand and India affiliates | unknown | | unknown |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| **64. Other intangibles, or intellectual property** | | | |
| Product formulations | unknown | | unknown |
| **65. Goodwill** | | | |
| | | | |

66. **Total of Part 10**
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☑ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☑ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

---

| Debtor | **Bentoli, Inc.** | Case number *(if known)* **23-10827** |
|---|---|---|
| | Name | |

71. **Notes receivable**

   Description (include name of obligor)

   _____   _____ − _____ =➔ _____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   | | | | |
   |---|---|---|---|
   | Net Operation Loss of $496,732 | Tax year | 2021 | unknown |
   | $1,335,415 Capital Loss Carry Forward | Tax year | 2021 | unknown |
   | Section 1231 Available for Recapture $288,953 | Tax year | 2021 | unknown |
   | NOL/Capital Loss Carry Forward/Recapture | Tax year | 2022 | unknown |

73. **Interests in insurance policies or annuities**

   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   Potential claims against the Squire Patton Boggs ("SPB") law firm arising from, among other things, the acts, omissions, breaches of loyalty, and conflicts of interest in representing Alexander Palencia, a former control person and director of Bentol, in matters adverse to and detrimental to SPB's client Bentoli's interests.  unknown

   **Nature of claim** _____

   **Amount requested**        unknown

   Potential Claims against Frank Maresma and Sana Care, including but not limited to, fraudulent transfer, usury, preference, self dealing, theft, fraud, unjust enrichment, and breach of fiduciary duty.  unknown

   **Nature of claim** _____

   **Amount requested**        unknown

   Potential Claims against Alexander Palencia, and Divendi Americas, Inc., including but not limited to, fraudulent transfer, usury, preference, self dealing, theft, fraud, unjust enrichment, and breach of fiduciary duty.  unknown

   **Nature of claim** _____

   **Amount requested**        unknown

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____

   **Nature of claim** _____

   **Amount requested** _____

76. **Trusts, equitable or future interests in property**

   _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **8**

Debtor  **Bentoli, Inc.**  Case number *(if known)* **23-10827**
　　　　Name

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $157,144.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $34,909.91 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $504,497.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $153,170.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $22,882.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $876,103.68 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $876,103.68 |

Official Form 206A/B　　　　Schedule A/B: Assets — Real and Personal Property　　　　page **9**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **Bentoli, Inc.** | § | |
| | § | **Case No. 23-10827** |
| | § | **SubChapter V** |
| **Debtor** | § | |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were forwarded electronically via the Court's ECF System, or by U.S. first class mail, postage prepaid, on, all parties listed on the attached Limited Service List on November 15, 2023.

                                                                                                                    Respectfully submitted,

                                                                                                                    By: */s/ Ronald J. Smeberg*
                                                                                                                    RONALD J. SMEBERG
                                                                                                                    Texas State Bar No. 24033967
                                                                                                                    THE SMEBERG LAW FIRM, PLLC
                                                                                                                    4 Imperial Oaks
                                                                                                                    San Antonio, Texas 78248
                                                                                                                    (210) 695-6684, Telephone
                                                                                                                    (210) 598-7357, Facsimile
                                                                                                                    ron@smeberg.com
                                                                                                                    ATTORNEY FOR DEBTOR

## LIMITED SERVICE LIST

**DEBTOR**

Bentoli, Inc.
c/o John Robinson
116 Hoxie St
Coupland, TX 78615-5035

**GOVERNMENTAL ENTITIES**

Texas Comptroller of Public Account
Attn: Bankruptcy
Po Box 149359
Austin, TX 78714-9359

Internal Revenue Service
Special Procedures - Insolvency
P.O. BOX 21126
PHILADELPHIA, PA 19114

Bastrop County
Julie Anne Parsons
c/o McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, Texas 78680-1269

Travis County Tax Office
Jason A Starks
c/o Travis County Attorney
P.O. Box 1748
Austin, TX 78767

United States Treasury
PO Box 71052
Philadelphia, PA 19176-6052

U.S. Department Of Labor - OSHA
1033 La Posada Dr Ste 375
Austin, TX 78752-3832

Office of the United States Trustee – AU12
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450

U.S. Attorney
Attn: Bkcy Division
700 E. San Antonio, Ste 200
El Paso, Texas 79901

Mass. Dept. Of Revenue
ATTN: Bankruptcy Unit
Po Box 7090
Boston MA 02204-7090

Michael Colvard
Weston Center,
112 East Pecan Street, Suite 1616
San Antonio, TX 78205

**SECURED CREDITORS**

Liminality Ventures, LLC
c/o John Robinson
301 West Ave Unit 4603
Austin, TX 78701-4761

U.S. Small Business Administration
615 E. Houston St. Ste 298
San Antonio, TX 78205

**TWENTY LARGEST UNSECURED CREDITORS**

Alexander Palencia
c/o Travis A McRoberts
Squire Patton Boggs
2200 Ross Ave Ste 4100w
Dallas, TX 75201-7902

Frank A. Maresma
6750 Sw 73rd Ct
Miami, FL 33143-2923

Squire Patton Boggs (US)LLP
200 S Biscayne Blvd Ste 3400
Miami, FL 33131-2303

Becker
2525 Ponce De Leon Blvd., #825
Coral Gables, FL 33134

Quill Corporation
Po Box 37600
Philadelphia, PA 19101−0600

TForce Freight
1000 Semmes Ave Po Box 1216
Richmond, VA 23224−2246

Spectrum Enterprise
1900 Blue Crest Ln
San Antonio, TX 78247−4315

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158

**PARTIES REQUESTING ELECTRONIC NOTICE**

Brian Engle
4004 Belt Line Road 100
Addison, TX 75001

Morris D. Weiss
William R. "Trip"
Nix Holland & Knight, LLP
100 Congress Ave., Suite 1800
Austin, Texas 78701

David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton LLP
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134