**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **Bentoli, Inc.** § | | |
| § | | **Case No. 23-10827** |
| § | | **SubChapter V** |
| **Debtor** § | | |

**DEBTOR'S WITNESS LIST FOR HEARINGS ON DECEMBER 28, 2023**

COMES NOW Bentoli, Inc., ("Debtor"), the above-captioned debtor and debtor-in-possession, submits its list of witnesses who may or will be called to testify at the December 28, 2023, hearings set in the above styled matter:

Debtor reserves the right to amend or supplement this list at any time prior to the hearing.

Witnesses who may be called to testify are as follows:

1. John Robinson, Interim CEO;

Debtor reserves the right to call rebuttal witnesses and any witness designated by another party. The exhibits to Debtor's Amended Exhibit and Witness List may be obtained from the Bankruptcy Court Clerk or by contacting Debtor's counsel to receive one via email at 210-695-6684 or denielle@smeberg.com.

Respectfully submitted,

Submitted By:
SMEBERG LAW FIRM, PLLC
By:   /s/ *Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTOR