**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 29, 2023.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 (Subchapter V) |
| | § | |
| Bentoli, Inc., | § | Case No. 23-10827-smr |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF HMP ADVISORY HOLDINGS, LLC, DBA HARNEY PARTNERS FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE DEBTOR**

This matter came before the Court on the first and final application (the "*Fee Application*") of HMP Advisory Holdings, LLC dba Harney Partners ("*Harney*"), for final approval of compensation and reimbursement of expenses for the period beginning October 1, 2023, and ending December 11, 2023, (the "*Application Period*") as financial advisors to the debtor in the above-captioned chapter 11 proceedings (the "*Debtor*"); the Court having reviewed the Fee Application and heard the statements of counsel at a hearing, if any;

The Court finding that: (a) the amounts requested in the Fee Application are reasonable;

(b) the services rendered and expenses incurred by Harney, as described in the Fee Application, were actual and necessary to the administration of, and actually benefited, the Debtor's bankruptcy estate; (c) due and adequate notice of the Fee Application and the hearing, if any, was provided; and (d) the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Fee Application and at the Hearing establish just cause for the relief sought by Harney;

**It is Hereby Ordered:**

1. The Application is granted as set forth in this Order.

2. The Court allows Harney on a final basis, compensation totaling $29,450.00 and reimbursement of expenses totaling $40.15 as an administrative expense of the Debtor's estate under §§ 503(b) and 507(a)(1) of the Bankruptcy Code.

3. Upon entry of this Order, the Debtor and any successor in interest to the Debtor is authorized to pay to Harney the sum of $29,490.15 in fees and expenses, which $5,600.00 is authorized to come from the prepetition retainer held by Harney, subject in all respects to pending orders of this Court.

4. This is a Final Order.

###

Order submitted by:

THE SMEBERG LAW FIRM, PLLC

By: /s/ *Ronald J. Smeberg*

RONALD J. SMEBERG
State Bar No. 24033967
THE SMEBERG LAW FIRM, PLLC
4 Imperial Oaks
San Antonio, TX 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com

ATTORNEY FOR DEBTOR