**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 29, 2023**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-10827-SMR |
| | § | |
| BENTOLI, INC. | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER AUTHORIZING AND AWARDING FIRST AND FINAL APPLICATION FOR COMPENSATION OF FEES AND EXPENSES OF MICHAEL G. COLVARD, SUBCHAPTER V TRUSTEE**

WHEREAS, in said District, came on for consideration the First and Final Application for Compensation of Fees and Expenses, (the "Final Application") of Michael G. Colvard ("Colvard," "Applicant" and/or "Trustee"), as Subchapter V Trustee, seeking final allowance of compensation and reimbursement of actual and necessary expenses for the period of October 3, 2023 through December 6, 2023 in the amount of Twenty Thousand Nine Hundred Twenty-Eight Dollars and 00/100 ($20,928.00), plus expenses in the amount of Four Hundred Eighty Dollars and 63/100 ($480.63), plus Five Hundred Dollars and no/100 ($500.00) for finalizing, filing and hearing on this Application, plus Five Hundred Dollars and no/100 ($500.00) for estimated fees and expenses for

post-confirmation services for a total of Twenty-Two Thousand Four Hundred Eight Dollars and 63/100 ($22,408.63), and the Court finding that the compensation should be awarded and the reimbursement of out-of-pocket expenses should be allowed. It is therefore. . .

ORDERED, ADJUDGED and DECREED that Colvard be and hereby is, awarded his final compensation for fees in the amount of $21,928.00 and expenses of $480.63. It is further. . .

ORDERED, ADJUDGED and DECREED that Colvard may apply all funds received from Debtor as retainer deposits per the terms of the Order Approving the Motion for Approval of Post-Petition Monthly Retainer Payments [ECF No. 105]. It is further. . .

ORDERED, ADJUDGED and DECREED that Colvard be and hereby is provided final approval for all fees and expenses awarded for services provided within this proceeding between October 3, 2023 through December 6, 2023 in the amount of Twenty Thousand Nine Hundred Twenty-Eight Dollars and 00/100 ($20,928.00), plus expenses in the amount of Four Hundred Eighty Dollars and 63/100 ($480.63), plus Five Hundred Dollars and no/100 ($500.00) for finalizing, filing and hearing on this Application, plus Five Hundred Dollars and no/100 ($500.00) for estimated fees and expenses for post-confirmation services for a total of Twenty-Two Thousand Four Hundred Eight Dollars and 63/100 ($22,408.63), which sum is to be paid by Debtor under the terms of the Order Confirming Amended Plan of Reorganization.

###

Submitted by:

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
Email: mcolvard@mdtlaw.com

By: /s/ Michael G. Colvard
      MICHAEL G. COLVARD
      State Bar No. 0462920

**SUBCHAPTER V TRUSTEE**