

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 29, 2023**

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BENTOLI, INC. | § | CASE NO. 23-10827-smr |
| | § | |
| DEBTOR | § | |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR PAYMENT OF ATTORNEY'S FEES BY THE SMEBERG LAW FIRM, PLLC, ATTORNEY FOR BENTOLI, INC., DEBTOR-IN-POSSESSION FOR PROFESSIONAL SERVICES RENDERED FROM OCTOBER 1, 2023 THROUGH DECEMEBER 11, 2023**

Having considered the First and Final Application for Payment of Attorney's Fees of The Smeberg Law Firm, PLLC (the "Application"), the Court finds that (a) it has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334; (b) consideration of the Application is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) notice of the Application was appropriate and no other or further notice of the Application need be given; (d) no objections were filed against the Application or are hereby overruled on the merits; (e) The Smeberg Law Firm, PLLC's services were necessary and beneficial to the Debtor; (f) pursuant to sections 330 and 331 of the Bankruptcy Code and the factors listed in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir.

1974), The Smeberg Law Firm, PLLC's fees and expenses requested in the Application are appropriate, reasonable and necessary; and (g) the legal and factual bases set forth in the Application establish just cause to grant the relief requested in the Application.

Accordingly, it is ORDERED that the relief requested in the Application is GRANTED; and it is further

**ORDERED** that The Smeberg Law Firm, PLLC is entitled to allowance of reasonable fees in the amount of $70,472.52 for services and expenses performed for the Debtor during the Compensation Period; and it is further

**ORDERED** that, upon entry of this Order, the Debtor is authorized to pay to The Smeberg Law Firm, PLLC the sum of $70,472.52 in fees and expenses, which $4,160.00 is authorized to come from the prepetition retainer held in Debtor Counsel's IOLTA account; and it is further

**ORDERED** that the Court shall retain jurisdiction over any dispute arising from or relating to the implementation of this Order; and it is further;

**ORDERED** that this is a final Order.

# # #

Submitted By:

The Smeberg Law Firm, PLLC.

By: */s/ Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
Telephone: (210) 695-6684
Facsimile: (210) 598-7357
ron@smeberg.com