**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 29, 2023.**



_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATESANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 23-10827-SMR |
| BENTOLI, INC., | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | (Small Business) |

ORDER ALLOWING
FIRST AND FINAL APPLICATION FOR PAYMENT OF FEES AND EXPENSES OF
BRIAN ENGEL OF BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP,
LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION FOR PROFESSIONAL
SERVICES RENDERED FROM OCTOBER 1, 2023 THROUGH DECEMBER 11, 2023

Pending before the Court is the *First and Final Application for Payment of Fees and Expenses of Brian Engel Of Barrett Daffin Frappier Turner & Engel, LLP ("Applicant"), Litigation Counsel For Debtor-In-Possession For Professional Services Rendered From October 1, 2023 Through December 11, 2023* ("Application") filed in the above captioned and numbered case. Having reviewed said Application, the Court is of the opinion that the Fee Application is meritorious and that payment should be authorized. It is therefore hereby

**ORDERED** that the Application is allowed in the amount of $46,680.00 in fees and $1,050.00 in expenses. The Applicant is authorized to credit and apply the remaining $5,640.00 balance of the the pre-petition retainer held in trust to payment of such allowed fees and expenses and the Debtor is authorized to pay

the remainder of such allowed fees and expenses in the amount of $42,090.00 from the property of the estate to the Applicant.

ORDER PREPARED BY:

Brian Engel
Barrett Daffin Frappier Turner & Engel, LLP
4004 Beltline Blvd, Suite 100
Addison, Texas 75001
Phone: (512) 687-2503
Brianen@BDFGroup.com